# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BRIAN MAUS,**

    Plaintiff,

    v.                                    Case No. 25-CV-1146

**STEPHANIE OLMSTEAD,** *et al.***,**

    Defendants.

## REPORT AND RECOMMENDATION

On September 22, 2025, the court dismissed the complaint for failure to comply with Rule 8. The court's dismissal order also noted several other problems with the complaint. The same day, the court received a document styled "second amended complaint," which the plaintiff had mailed prior to the court's issuance of its dismissal order. Unlike the original complaint, the new document is only three pages long, and thus it appears to be an attempt to *add* to the original complaint rather than to supplant it. In short, it attempts to add claims alleging slander and conspiracy.

For the reasons set forth in the court's original dismissal order, as well as upon examination of the "second amended complaint," it is clear that this action is frivolous. In short, it appears beyond doubt that the plaintiff is attempting to shoehorn dozens of various grievances into a federal lawsuit; many of these grievances are unrelated and, to the extent they state causes of action at all, they do not invoke any basis for federal jurisdiction. The action should therefore be dismissed.

The court cannot dismiss this lawsuit because none of the defendants have consented to have a magistrate judge enter final judgment. Accordingly, the court will recommend to a district judge that this action be dismissed. The clerk of court shall randomly refer this matter to a district judge for consideration of the recommendations outlined in this order.

The court directs the plaintiff to 28 U.S.C. § 636(b)(1)(B) and (C), Fed. R. Civ. P. 72(b)(2), and E.D. Wis. Gen. L. R. 72(c), which provide that objections to any recommendation herein, or part thereof, may be filed within fourteen days of entry of this recommendation. Failure to file a timely objection with the district judge shall result in a waiver of the right to appeal.

## RECOMMENDATION

**IT IS THEREFORE RECOMMENDED** that this action be **DISMISSED as frivolous and/or for failure to state a claim upon which relief may be granted**.

Dated at Milwaukee, Wisconsin, this 3rd day of October, 2025.

**BY THE COURT:**

_____
STEPHEN C. DRIES
United States Magistrate Judge