UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

BRIAN A MAUS,

        Plaintiff,

v.

                                    Case No. 25-cv-1485-bhl

STEPHANIE OLMSTED, et al,

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

        On September 26, 2025, Brian A. Maus filed a *pro se* complaint against alleging that the defendants conspired to deprive him of his constitutional rights. (ECF No. 1.) He also filed a motion for leave to proceed without prepayment of the filing fee or *in forma pauperis* (IFP). (ECF No. 2.) On October 20, 2025, Magistrate Judge Stephen C. Dries screened the complaint and issued a report and recommendation that the complaint be dismissed for failure to state a claim and that Maus' IFP motion be denied as moot. (ECF No. 4). Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B)–(C), and Federal Rules of Civil Procedure 72(b), Maus had fourteen days—until November 6, 2025—to file and serve written objections to Magistrate Judge Dries' report. If objections are made, the district court must "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. §636(b)(1)(C).

        On October 20, 225, and November 3, 2025, the Court received two "objections" from Maus, in which he states that he did not intend for the filing of his complaint to open a new case.[1] (ECF Nos. 5, 8.) He chastises the Clerk's Office for opening a new case, (*see* ECF No. 5), and insists that Magistrate Judge Dries did not have jurisdiction to issue a report and recommendation that screened the complaint, (*see* ECF No. 8). Although Maus labeled his filings as "objections,"

---

[1] It appears that Maus intended for the complaint in this case to be filed in another case he had before this Court against the same defendants and based on nearly identical allegations, *see Maus v. Olmsted et al.*, Case No. 25-cv-1146 (E.D. Wis. Aug. 4, 2025), but because he did not include the existing case number in any of his materials, the Clerk's Office opened a new case.

he has not addressed or objected to any of Magistrate Judge Dries' proposed findings or recommendations. Thus, the Court need not conduct a de novo review and will adopt the report and recommendation in its entirety.

Accordingly,

**IT IS HEREBY ORDERED** that Magistrate Judge Dries' Report and Recommendation, ECF No. 4, is **ADOPTED**.

**IT IS FURTHER ORDERED** that the complaint, ECF No. 1, is **DISMISSED** for failure to state a claim. The Clerk of Court shall enter final judgment accordingly.

**IT IS FURTHER ORDERED** that Maus' motion for leave to proceed without prepayment of the filing fee, ECF No. 2, is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin on November 17, 2025.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge